UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lucas Marks Letendre**　　　　　　　　　　　　　　　　**Docket No. 7:09-CR-37-1D**

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lucas Marks Letendre, who, upon a finding of guilt by jury to Attempt to Entice a Child to Engage in Illegal Sexual Activity, in violation of 18 U.S.C. § 2422(b), and Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 9, 2009, to the custody of the Bureau of Prisons for a term of 235 months. It was further ordered that upon release from imprisonment the defendant be placed on lifetime supervised release. On July 8, 2025, the case was reassigned to the Honorable James C. Dever III, U.S. District Judge, for all further proceedings.

Lucas Marks Letendre was released from custody on July 14, 2025, at which time the term of supervised release commenced. On July 15, 2025, Your Honor modified the defendant's conditions of supervised release to include additional sex offender conditions based on the defendant's individual risks and needs

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 14, 2015, a Petition for Action on Supervised Release was submitted to Your Honor. As the U.S. Probation Office in the Eastern District of North Carolina no longer requires a defendant to abide by the rules and regulations of the NCE Sex Offender Program, Your Honor agreed to modify his conditions of supervised release to include additional conditions tailored to address the risks and needs of the defendant. With these additional conditions in place, it is respectfully requested that Your Honor remove the previously ordered NCE Sex Offender Program condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified to remove the previously ordered condition:

1. The defendant shall participate as directed in mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer. While under supervision, in the Eastern District of North Carolina, the defendant shall further abide by the rules and regulations of the NCE Sex Offender Program.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: August 26, 2025

## ORDER OF THE COURT

Considered and ordered this __27__ day of __August__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge